ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

**FILED**

Apr 29 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TENGFEI DING,<br><br>            Plaintiff,<br><br>    v.<br><br>USCIS SAN FRANCISCO ASYLUM OFFICE,<br><br>            Defendant. | C 3:23-cv-03678 TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [~~PROPOSED~~] ORDER** |

    The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on November 1, 2023. Following the interview, USCIS rescheduled a re-interview for June 27, 2024, at Plaintiff's request.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 25, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Joint Status Report
C 3: 23-cv-03678 TSH                        1

| | |
|---|---|
| Dated: April 29, 2024 | Respectfully submitted,[1]<br><br>ISMAIL J. RAMSEY<br>United States Attorney<br><br> /s/ Elizabeth D. Kurlan <br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br>Attorneys for Defendant |
| Dated: April 29, 2024 |  /s/ Michael Chen <br>MICHAEL CHEN<br>Attorney for Plaintiff |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 29, 2024

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.